

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| In re commitment of Monti Carl King, | § | No. 08-21-00014-CV |
| Appellant. | § | Appeal from the |
|  | § | 244th District Court |
|  | § | of Ector County, Texas |
|  | § | (TC# C-19-08-1080-CV) |
|  | § |  |

## **O R D E R**

The exhibit volume of the reporter's record was filed on January 12, 2021.  In the volume, Petitioner's Exhibit 3 is illegible.  Therefore, the Court ORDERS Roger C. Epps, Official Court Reporter for the 244th District Court of Ector County, Texas, to supplement the reporter's record with a clear copy of Petitioner's Exhibit 3.  The supplemental reporter's record is due with this Court on or before December 17, 2021.

IT IS SO ORDERED this 7th day of December, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.